AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20) ☐ Original ☐ Duplicate Original

**LODGED**
CLERK, U.S. DISTRICT COURT
4/28/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: cva DEPUTY

# UNITED STATES DISTRICT COURT
for the
Central District of California

**FILED**
CLERK, U.S. DISTRICT COURT
04/28/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: DEPUTY

United States of America

v.

CARLOS ALBERTO VILLALOBOS,

Defendant

Case No. 8:21-mj-00297-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of April 27, 2021 in the county of Orange in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
Complainant's signature

Carlo Romero Guzman, HSI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: April 28, 2021

Judge's signature

City and state: Santa Ana, California

Hon. John D. Early, U.S. Magistrate Judge
*Printed name and title*

B. Lichtman x3035

**AFFIDAVIT**

I, Carlo Romero Guzman, being duly sworn, declare and state as follows:

### I. INTRODUCTION

1. I am currently employed by the United States Department of Homeland Security ("DHS"), Immigration & Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI"), as a Special Agent ("SA"). I have been so employed since August 2016, and I am presently assigned to the Narcotics Group in San Francisco, California.

2. I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516. I have also been cross-designated by the Drug Enforcement Administration and am empowered to investigate and make arrests for offenses under Title 21 of the United States Code.

3. I received 25 weeks of law enforcement training at the Federal Law Enforcement Training Center in Glynco, Georgia. The training curriculum covered topics including drug and firearm investigations, federal firearms and controlled substances laws, identification of controlled substances, physical and electronic surveillance, undercover operations, financial investigation, money laundering techniques, and the general operation of drug trafficking organizations.

4.  During my employment as an HSI SA, I have participated in several controlled substance investigations as the primary case agent and in a supporting role.  I have also participated in federal firearm prosecutions.  Moreover, I have assisted in the execution of federal and state search and arrest warrants related to controlled substance and firearm violations. I personally participated in the investigation discussed in this affidavit as the lead case agent, and I am familiar with the facts and circumstances of the investigation.

## II. **PURPOSE OF AFFIDAVIT**

5.  This affidavit is made in support of a criminal complaint against Carlos Alberto VILLALOBOS ("VILLALOBOS") charging him with a violation of 18 U.S.C. § 922(g)(1) (felon in possession of a firearm).

6.  The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## III. **STATEMENT OF PROBABLE CAUSE**

7.  Based on my personal involvement in a case that occurred on April 27, 2021 and based on my discussion with other

law enforcement personnel involved in the case, I have learned the following facts:

### A. Arrest of VILLALOBOS

8. On April 23, 2021, the government obtained a search warrant to search a single-family residence located at 407 Enclave Circle, Apt. 203, Costa Mesa, California 92626 (the "Subject Premises").[1] The Subject Premises is a two-bedroom residence.

9. On April 27, 2021, agents executed the above-mentioned search warrant at approximately 7:20 a.m. Upon entry to the Subject Premises, agents observed a Hispanic male later identified as VILLALOBOS sleeping on a bed within one of the two bedrooms at the residence. At that point, VILLALOBOS was placed in handcuffs and detained.

10. Within the bedroom where VILLALOBOS was encountered, agents found two firearms on top of a dresser, alongside a brick consisting of a white powdery substance, which tested presumptively positive for the presence of cocaine.

11. The two firearms recovered from the bedroom where VILLALOBOS was encountered were identified as a Glock 42 bearing serial number ADXS880 and a Glock 48 bearing serial number BLWE374. Agents also found VILLALOBOS' California driver's license, his United States passport, and tax records and mail bearing VILLALOBOS' name within the same bedroom. Shortly after

---

[1] The search warrant was issued in Case No. 8:21-MJ-00285 by the Honorable Autumn D. Spaeth, United States Magistrate Judge for the Central District of California.

these items were recovered from the bedroom, VILLALOBOS was placed under arrest.

12. Based on previous investigation in this case including surveillance, before they executed the search warrant at the Subject Premises, agents knew that VILLALOBOS resided there, as well as a second individual known to law enforcement, who was known to be involved in narcotics dealing himself (the "roommate"). During the execution of the search warrant, agents searched the second bedroom of the Subject Premises, where they found items they believe to be associated with the roommate, including items of clothing.[2]

13. In addition to the aforementioned brick of suspected cocaine that was found inside the bedroom believed to be used by VILLALOBOS, during their search of other portions of the Subject Premises, agents also seized approximately 31.1 kilograms of cocaine, approximately 129 pounds of solid methamphetamine, approximately two pounds of liquid methamphetamine, and approximately two pounds of marijuana. During the search, agents also recovered approximately 1,000 blue pills which appeared to be counterfeit Oxycodone pills, based on the training and experience of the agents executing the search warrant.

---

[2] During the search of the bedroom where VILLALOBOS was encountered and his personal identification documents were recovered, agents did not locate anything leading them to believe that the roommate resided in that bedroom.

4

**B.   VILLALOBOS' Criminal History**

14.   Based on my review of VILLALOBOS' criminal history, I learned that VILLALOBOS has multiple previous felony convictions that include the following:

    a.   Possession/Purchase for Sale of a Narcotic/Controlled Substance, in violation of California Health & Safety Code § 11351, in the Superior Court of California, County of Orange, case number 17CF0309, on or about February 27, 2018, for which he was sentenced to 2 years in prison;

    b.   Possession of a Controlled Substance While Armed, in violation of California Health & Safety Code § 11370.1(A), in the Superior Court of California, County of Orange, case number 17HF1362, on or about February 27, 2018, for which he was sentenced to 2 years in prison; and

    c.   Possession of a Controlled Substance for Sale While Armed, in violation of California Health & Safety Code § 11370.1(A), in the Superior Court of California, County of Orange, case number 15HF0128, on or about August 24, 2015, for which he was sentenced to 180 days' jail.

**C. Interstate Nexus**

15.   On April 27, 2021, HSI SA Michael Rodriguez forwarded photographs of the two firearms recovered to ATF Special Agent Jeff Davis, who is an interstate nexus expert. On the same date, I spoke with SA Davis, who communicated to me that both firearms were commercially manufactured by Glock.  SA Davis determined that the Glock 42 firearm recovered from the Subject Premises

was manufactured in Georgia, and that the Glock 48 firearm recovered from the Subject Premises was manufactured in Austria. SA Davis concluded that, because the firearms were recovered in California, the firearms must have moved in interstate and foreign commerce, respectively.

### IV. CONCLUSION

16. For all the reasons described above, there is probable cause to believe that VILLALOBOS has committed a violation of 18 U.S.C. § 922(g)(1) (felon in possession of a firearm).

/s/
Carlo Romero Guzman
HSI Special Agent

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 28th day of
April 2021.

HONORABLE JOHN D. EARLY
UNITED STATES MAGISTRATE JUDGE